# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 24-1789V**

| | |
|---|---|
| RYLEIGH FRANCIS,<br><br>Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Chief Special Master Corcoran<br><br>Filed: September 29, 2026 |

*Nathan Joseph Marchese, Siri & Glimstad, LLP, Chicago, IL, for Petitioner.*

*Naseem Kourosh, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On October 31, 2024, Ryleigh Francis filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered syncope resulting from a meningococcal vaccine received on September 6, 2022. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 7, 2026, a ruling on entitlement was issued, finding Petitioner entitled to compensation for syncope. On September 28, 2026, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $20,000.00 for pain and suffering, $372.28 to Petitioner for past reimbursable expenses, and $2,378.31 to Children's Medical Center Dallas for past reimbursable expenses. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner the following:**

A. **A lump sum payment of $20,372.28 (representing $20,000.00 for pain and suffering and $372.28 for partial past unreimbursable expenses), to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner; and**

B. **A lump sum payment of $2,378.31 (representing compensation partial past unreimbursable expenses), to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to:**

Children's Medical Center Dallas
Patient: Francis, Ryleigh Nicole
Hospital Account Number: 98159165
1935 Medical District Drive
Dallas, TX 75235

These amounts represent compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| RYLEIGH FRANCIS,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | No. 24-1789V (ECF)<br>Chief Special Master Corcoran |

**PROFFER ON AWARD OF COMPENSATION**[1]

On October 31, 2024, Ryleigh Francis ("petitioner") filed a Petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34, alleging that she suffered syncope, as defined in the Vaccine Injury Table, 42 C.F.R. § 100.3, as the result of a meningococcal vaccine administered on September 6, 2022. Petition at 1.

On January 5, 2026, the Secretary of Health and Human Services ("respondent") filed his Vaccine Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act. ECF No. 30.

On January 7, 2026, the Chief Special Master issued a Ruling on Entitlement, finding that petitioner is entitled to compensation. ECF No. 32.

**I. Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded the following:

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

A. Pain and Suffering

Respondent proffers that petitioner should be awarded $20,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

B. Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses related to her vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $372.28 to petitioner and $2,378.31 to Children's Medical Center Dallas. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

The above amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. Form of the Award/Recommended Payments

The parties recommend that compensation provided to petitioner should be made through two lump sum payments as described below, and request that the Chief Special Master's decision and the Court's judgment award the following:[2]

A. A lump sum payment of **$20,372.28**, representing compensation for pain and suffering and for partial past unreimbursable expenses, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Ryleigh Francis; and

B. A lump sum payment of **$2,378.31**, representing compensation for partial past unreimbursable expenses, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to:

Children's Medical Center Dallas
Patient: Francis, Ryleigh Nicole
Hospital Account Number: 98159165
1935 Medical District Drive
Dallas, TX 75235

[2] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

Petitioner is a competent adult. Proof of guardianship is not required in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

GABRIELLE M. FIELDING
Assistant Director
Torts Branch, Civil Division

/s/ Naseem Kourosh
NASEEM KOUROSH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Benjamin Franklin Station
Washington, D.C. 20044-0146
(202) 305-1159
Naseem.Kourosh@usdoj.gov

DATED: September 28, 2026

**CERTIFICATE OF SERVICE**

I certify that today, September 28, 2026, a copy of the foregoing document will be served by electronic mail to Nathan Marchese at nmarchese@sirillp.com.

/s/ Naseem Kourosh